# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

MELISSA HENNION,

    Plaintiff,

v.                                         CASE NO. 5:08cv336-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation (document 15). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The Commissioner's decision determining that the claimant is not disabled is REVERSED. The case is

REMANDED to the Commissioner for further proceedings consistent with the report and recommendation." The clerk must close the file.

    SO ORDERED on July 25, 2009.

                                        s/Robert L. Hinkle
                                        United States District Judge