IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELISSA HENNON,

        Plaintiff,

v.                                    CASE NO. 5:08cv336-RH/CAS

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation, ECF No. 27. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 21, is GRANTED. The Secretary must pay attorney's fees of $11,161.25 to the plaintiff's attorney

from the plaintiff's past due benefits.

SO ORDERED on October 23, 2013.

            s/Robert L. Hinkle
            United States District Judge